ALICIA A.G. LIMTIACO
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 07 2014
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

14-00056

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ROMAN SELEZNEV,<br>　aka TRACK2,<br>　aka ROMAN IVANOV,<br>　aka RUBEN SAMVELICH,<br>　aka nCuX,<br>　aka Bulba,<br>　aka bandysli64,<br>　aka smaus,<br>　aka Zagreb,<br>　aka shmak,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO.<br><br>**UNITED STATES' APPLICATION TO SEAL RECORD** |

COMES NOW the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an order sealing the record in the above-entitled case

//
//
//
//

1

for the reason that the record has been sealed in the Western District of Washington, under Criminal Case No. 11-070RAJ.

RESPECTFULLY SUBMITTED this 7th day of July, 2014.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney