**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)472-8868
FACSIMILE: (671) 477-2511

*Attorneys for the Person Being Detained As*
*Defendant* Roman Seleznev

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN SELEZNEV,<br>  aka TRACK2,<br>  aka ROMAN IVANOV,<br>  aka RUBEN SAMVELICH,<br>  aka nCuX,<br>  aka Bulba,<br>  aka bandysli64,<br>  aka smaus,<br>  aka Zagreb,<br>  aka shmak,<br><br>Defendant. | MAGISTRATE CASE NO. 14-00056<br><br><br><br>**DECLARATION OF**<br>**JOSHUA D. WALSH** |

I, JOSHUA W. WALSH, hereby declare as follows:

    1.    I am a member of the bar of Guam and of the law firm of Civille & Tang, PLLC,

counsel for the person being detained as Roman Seleznev in the above captioned matter. I submit

this declaration in support of the *Sur-Reply Memorandum In Support of Mr. Seleznev's Motion to*

*Discharge and Release Defendant Pursuant to Fed. R. Crim. P. 12(b)(3)(A)*. I have personal

knowledge of the facts stated herein and, if called as a witness, could and would testify

competently thereto.

2.     Attached as **Exhibit 1** is a true and correct copy of a U.S. Secret Service Press Release, "U.S. Secret Service Arrests One of the World's Most Prolific Traffickers of the Stolen Financial Information," July 7, 2014.

3.     Attached as **Exhibit 2** is a true and correct copy of a CBS News Article, "Russian hacker arrested for widespread U.S. credit card data theft," July 7, 2014.

4.     Attached as **Exhibit 3** is a true and correct copy of a Pacific Daily News Article, "State Department Denies Allegation," July 7, 2014.

5.     Attached as **Exhibit 4** is a true and correct copy of a Minivan News Article, "Seleznyov 'expelled' on Interpol red notice, says Home Ministry," July 9, 2014.

6.     Attached as **Exhibit 5** is a true and correct copy of a Maldivian Democratic Party Press Statement, July 9, 2014.

7.     Attached as **Exhibit 6** is a true and correct copy of a Haveeru Online Article, "Maldives followed due procedure in arresting hacker, says president," July 10, 2014.

8.     Attached as **Exhibit 7** is a true and correct copy of a Minivan News Article, "No intention to 'displease' Russia with Seleznyov expulsion, says home minister," July 20, 2014.

9.     Attached as **Exhibit 8** is a true and correct copy of a Los Angeles Times Article, "Son of Russian lawmaker nabbed in Maldives on U.S. fraud charges," July 8, 2014.

10.     Attached as **Exhibit 9** is a true and correct copy of a Reuters Article, "Moscow accuses United States of 'kidnapping' Russian hacker," July 8, 2014.

11.     Attached as **Exhibit 10** is a true and correct copy of a Minivan News Article, "Comment: Maldives caught in Russo-American tiff," July 15, 2014.

ACTIVE 26425362v1 136425/00001 07/25/2014

12.     Attached as **Exhibit 11** is a true and correct copy of Ria Novosti's Article, "Roman Seleznev Kidnapped by US Agents, Whisked Away by CIA Rendition Flight," July 13, 2014.

13.     Attached as **Exhibit 12** is a true and correct copy of The Voice of Russia, "Russian diplomats in Guam insist on Roman Seleznev's transfer from prison to hospital," July 15, 2014.

I declare under penalty of perjury under the laws of Guam (6 G.C.A. Section 4308) and the United States that the foregoing is true and correct.

EXECUTED on July 25, 2014, at Hagåtña, Guam.


_____*/s/ Joshua D. Walsh*_____
**JOSHUA D. WALSH**

3

# EXHIBIT 1



*U.S. Department of Homeland Security*

**United States Secret Service**

# PRESS RELEASE

July 7, 2014
Contact: (202) 406-5708
GPA 06-14

## U.S. SECRET SERVICE ARRESTS ONE OF THE WORLD'S MOST PROLIFIC TRAFFICKERS OF STOLEN FINANCIAL INFORMATION

(Washington, D.C.) On July 5, 2014 the U.S. Secret Service arrested Roman Valerevich Seleznev. A Russian national, Seleznev was indicted in the Western District of Washington in March 2011 for hacking into point of sale systems at retailers throughout the United States between October 2009 and February 2011.

"This important arrest sends a clear message: despite the increasingly borderless nature of transitional organized crime, the long arm of justice – and this Department – will continue to disrupt and dismantle sophisticated criminal organizations," said Secretary of Homeland Security Jeh Johnson. "This arrest reflects the hard work by the U.S. Secret Service and our interagency and international partners, and we must continue close collaboration with the law enforcement community to counter this ever evolving threat."

According to the indictment, Seleznev hacked into point of sale systems throughout the United States and operated servers and international carding forum websites to facilitate the theft and sale of stolen credit card data. Seleznev, known as "Track2" in the criminal carding underground, remains in custody pending trial.

"Secret Service agents utilize state-of-the-art investigative techniques to identify and pursue cyber criminals around the world. This scheme involved multiple network intrusions and data thefts for illicit financial gain. The adverse impact this individual and other transnational organized criminal groups have on our nation's financial infrastructure is significant and should not be underestimated," said Julia Pierson, Director of the U.S. Secret Service.

The charges in the indictment include five counts of bank fraud, eight counts of intentionally causing damage to a protected computer, eight counts of obtaining information from a protected computer, one count of possession of 15 or more unauthorized access devices, two counts of

trafficking unauthorized access devices, and five counts of aggravated identity theft. The case remains under investigation by the U.S. Secret Service Electronic Crimes Task Force in Seattle and is being prosecuted by the U.S. Attorney's Office for the Western District of Washington.

"Cyber crooks should take heed: you cannot hide behind distant keyboards. We will bring you to face justice," said U.S. Attorney Jenny A. Durkan. "I want to thank the U.S. Secret Service for their work investigating this case and apprehending the defendant. I want to also acknowledge the work of the Seattle Electronic Crimes Task Force, the Seattle Police Department, the Department of Justice Office of International Affairs, and the U.S. Attorney in Guam."

Seleznev is also charged in a separate indictment in the District of Nevada with participating in a racketeer influenced corrupt organization (RICO) and conspiracy to engage in a racketeer influenced corrupt organization as well as two counts of possession of 15 or more counterfeit and unauthorized access devices. Those charges carry maximum penalties of up to 20 years in prison for RICO and RICO conspiracy and up to 10 years in prison for possession of 15 or more counterfeit and unauthorized access devices.

The U.S. Secret Service has taken a lead role in mitigating the threat of financial crimes since the agency's inception in 1865. As technology has evolved, the scope of the U.S. Secret Service's mission has expanded from its original counterfeit currency investigations to also include emerging financial, electronic and cyber-crimes. As a component agency within the U.S. Department of Homeland Security, the U.S. Secret Service has established successful partnerships in both the law enforcement and business communities – across the country and around the world – in order to effectively combat financial crimes.

# # #

*EDITOR'S NOTE: For questions concerning this release, please contact the U.S. Secret Service Office of Government and Public Affairs at 202-406-5708.*

# EXHIBIT 2

WATCH LIVE    Congressional hearing on IRS targeting scandal

CBSNews.com / CBS Evening News / CBS This Morning / 48 Hours / 60 Minutes / Sunday Morning / Face The Nation          Log In    Search

Video  US  World  Politics  Entertainment  Health  MoneyWatch  SciTech  Crime  Sports  Photos  More

GO BOLDLY, NOT BLINDLY    with Norton 360™ Multi-Device    LET'S GO    Norton by Symantec

CBS NEWS / *July 7, 2014, 5:58 PM*

# Russian hacker arrested for widespread U.S. credit card data theft

5 Comments / 27 Shares / 23 Tweets / Stumble / Email          More +

Calling him "one the world's most prolific traffickers of stolen financial information," the U.S. Secret Service arrested a Russian national Monday for hacking retailers and stealing credit card information throughout the United States over a 16-month period.

Roman Valerevich Seleznev, who was indicted in Washington state in March 2011, is accused of hacking into servers and international carding forum websites to steal credit card data. Seleznev, who is known as "Track2" in the carding underground, remains in custody pending trial.

The Justice Department did not disclose the location of Seleznev's arrest for "law enforcement reasons."

The alleged criminal activity occurred between October 2009 and February 2011. According to Capitol Hill Seattle, Seleznev's 2010 data breach at Broadway Grill resulted in $1.7 million in losses to banks and credit card companies.

"This important arrest sends a clear message: despite the increasingly borderless nature of transitional organized crime, the long arm of justice - and this Department - will continue to disrupt and dismantle sophisticated criminal organizations," said Secretary of Homeland Security Jeh Johnson in a statement.

Seleznev faces multiple charges, including five counts of bank fraud, eight counts of intentionally causing damage to a protected computer and five counts of aggravated identity theft. The case remains under investigation by the U.S. Secret Service Electronic Crimes Task Force in Seattle and is being prosecuted by the U.S. Attorney's Office for the Western District of Washington.

"This scheme involved multiple network intrusions and data thefts for illicit financial gain," said Julia Pierson, Director of the U.S. Secret Service.

Seleznev also faces racketeering charges in Nevada, the Secret Service said.

Last month, a Russian computer hacker was accused of leading a worldwide conspiracy that targeted hundreds of thousands of computers with malware, enabling his group to steal more than $100 million from business and other bank accounts.

© 2014 CBS Interactive Inc. All Rights Reserved.

5 Comments / 27 Shares / 23 Tweets / Stumble / Email          More +

Fraud: Protecting Your Identity          Latest  Highlights  More



GO BOLDLY, NOT BLINDLY
with Norton 360™ Multi-Device
Norton by Symantec    LET'S GO

## Most Popular

**01** Gov. Rick Perry deploying up to 1,000 National Guard troops to border
121370 *views*

**02** Missing New Hampshire teen home after 9 months
53466 *views*

**03** Litany of horrors allegedly inflicted on boy found nearly dying of starvation
50334 *views*

**04** Marine who knew missing California woman arrested
49746 *views*

**05** Ukraine rebels move bodies as tampering concerns mount
42575 *views*



*play* **VIDEO**

**Marines train for counter-terrorism crisis at "Disaster Disneyland"**

# EXHIBIT 3



ADVERTISEMENT

# State Department denies allegation

Jul. 11, 2014 | 0Comments

f Recommend    3 people recommend this. Sign Up to see what your friends recommend.

Nursing School Online

f Recommend 3    Tweet 0    g+1 1    Pin it

Written by
**Gaynor Dumat-ol Daleno**
Pacific Daily News

FILED UNDER

News
Local News

Sponsored Links

**Your Credit Matters**
Monitor your credit. Manage your future.
Equifax Complete™ Premier.
www.equifax.com

**LifeLock® Official Site**
Purchase Industry Leading/Most
Comprehensive Protection with LifeL...
www.LifeLock.com/Protection

**Travel Guard® Insurance**
Get Travel Insurance Coverage for Your
Vacation!
www.travelguard.com

ADVERTISEMENT

The U.S. State Department has denied a Russian member of parliament's allegation that his son was kidnapped in the Maldives before he was placed under arrest on Guam.

"Certainly, there was no kidnapping involved," Jen Psaki, spokeswoman for the State Department, said during a press briefing on July 8 in Washington, D.C. The State Department released a transcript of the press briefing.

The detainee, 30-year-old Roman Seleznyov, whose name is spelled Seleznev in court documents, is accused of massive computer hacking that led to the theft of data from more than 200,000 credit cards from U.S. mainland consumers.

### Expelled, not kidnapped

Before his arrest on Guam, Maldivian authorities had detained Seleznev following the issuance of an Interpol alert stemming from the indictments that allege serious charges of bank and computer fraud that affected thousands of American citizens, a press statement yesterday from the U.S. Embassy for the Maldives stated.

"The indictment in this case was returned on March 2011, and thus long predates any current issues involving Russia and the United States," the embassy press statement added.

"Mr. Seleznev was arrested following his expulsion from another country, acting under its own laws. He was advised of his rights and given consular notification," according to the embassy press statement.

Known as Track2 in the cyber hacking world, he operated servers from Russia and the Ukraine to steal and sell credit card data, the indictment against him states.

The U.S. Secret Service, which made the arrest, described the defendant as "one of the world's most prolific traffickers of stolen financial information."

The Russian Foreign Ministry has publicly issued a protest against Seleznev's arrest by the U.S. Secret Service.

A question was raised at the State Department press briefing, whether Russian consular representatives can talk to or see the defendant while he's on Guam.

"I believe that certainly a U.S. territory would abide by the same consular access obligations," the State Department said in response to the question.

The defendant's father, Russian lawmaker Valery Seleznyov, told Russia's ITAR-TASS news agency on July 8 that his son had not been given the right to call, and consular staff and lawyers were still trying to access him.

## Obituary Records Online

myheritage.com

Find Death, Burial, Cemetery & Obituary Records in 1 Easy Search.

ADVERTISEMENT

Most Popular | Most Commented | More Headlines

1 Guam woman faces down top chefs: Elisha Joyce competes on 'Food Fighters'

2 Ousted priest leaves Guam: Wadeson defends, praises Archbishop Apuron

3 DON'T MISS: Watch the full episode of 'Food Fighters' with former Guam resident Elisha Joyce

4 Ousted priest leaves Guam

5 Solar energy offer open to those with good credit

### Most Viewed



Thousands attend Liberation Parade
Jul. 21, 2014

### PHOTO GALLERIES



Women's East Asian Cup    More Micro Games July 22

SPONSORED LINKS                by Taboola



The Beauty Look Inspired By Charlott...
VioletGrey.com

Forget Tattooing Your Brows And Try This...
Dermatore

Court papers do show that a court-appointed attorney, Federal Public Defender John Gorman, represented the defendant at his initial court appearance on Guam on July 7.

Gorman as of yesterday has been substituted by private counsel.

Attorneys Joseph C. Razzano, G. Patrick Civille and Joshua Walsh from the law offices of Civille & Tang are now the attorneys for the defendant, a document filed yesterday in the U.S. District Court of Guam states.

The U.S. Marshals Service on Guam has custody of Seleznev while he awaits a July 22 hearing on his transfer to the jurisdiction of a federal court in Seattle, where multiple charges against him were filed more than three years ago. Seleznev was arrested as soon as he set foot on Guam on July 6 after U.S. Secret Service agents brought him to the island. An arrest warrant on Seleznev was approved by a Seattle federal court more than three years ago.

The defendant also faces federal charges of conspiracy to engage in racketeering before a federal court in Nevada. The defendant faces up to 20 years in prison for the federal racketeering charges, the Secret Service stated.


ADVERTISEMENT

View Comments (0) | Share your thoughts »

**TOP VIDEO PICKS** selected by Taboola


George Clooney rejects 'Daily Mail' apology | U... Jul 11, 2014


Father says his disabled son in US jail for hackin... Jul 11, 2014


Windy, rainy in Paseo area Jul 11, 2014

**YOU MIGHT BE INTERESTED IN**

On the fridge

Pika Best of Guam: Family Services

Guam protest small, but joins global outcry against...

Ypao Beach Park closed due to box jellyfish

Couples can overcome adultery

LG LCRT2010ST Full-Size Microwave on Sale at Best Buy (Oven Info)

**SPONSORED LINKS**

Surprising Celebs Who Are Muslim (MadameNoire)

Michelle Obama's mixed race heritage proved by DNA. (Ancestry.com)

Man Who Assaulted Dad After Finding Him in Bed With... (Stirring Daily)

Two 34-Year-Old Aussies Are Latest Techies To Become... (Forbes)

Vanessa Williams' Surprising DNA Test (Ancestry.com)

Social Security Changes in 2014 (AARP)

[7]

**SPONSORED LINKS** by Taboola


6 Reasons You Should Go To The Gym Tod... GoWeLoveIt.info


Online Screening Tests for ADHD Health Central


Don't Waste Your Life Working at a Place Y... Millionaire Girls Movement

**ARCHIVES**

View the last seven days

Yesterday, Jul. 23
Tuesday, Jul. 22
Monday, Jul. 21
Sunday, Jul. 20
Saturday, Jul. 19
Friday, Jul. 18
Thursday, Jul. 17

See our paid archives for news older than a week.

**MOBILE APPS**

Get the Pacific Daily News on the go.

Use our iPhone and Android apps to keep updated with what's going on around Guam.

Learn more or download:

IPHONE | ANDROID



**HELP**

Subscribe Today!
Pay My Bill
Manage Subscription
Delivery Problems
Vacation Stop
Place Classified Ad
Ad Information
Contact Us
MORE HELP

**PHOTO GALLERIES**





Your COMPLETE Communications Provider. 644-4482 www.gta.net


ADVERTISEMENT





NEWS
Local News
News Archive
Nation & World
PDN Photo Galleries
Bayanihan
Video
GuamWatchdog
Pacific Marketplace

OBITUARIES
Funerals
Today's Obituaries

ENTERTAINMENT
Entertainment Photos
Dining

LIFESTYLE
Islandstyle
Guam Foodie
Dating
Cruising
Check It Out

WEATHER

OPINION
Editorials
Columnists
Submit a Letter to the Editor
Share Your News
Share Your Photos

SPORTS
Local Sports
Pigskin Progs

HELP
Subscribe Now
Pay My Bill
e-Newspaper
Place an Ad
Send Us Your Feedback

FOLLOW US
Twitter
Facebook
Mobile
RSS
E-mail Alerts
Text Alerts

News | Jobs | Cars for Sale | Homes for Sale | Apartments for Rent | Shopping | Mom Groups

GANNETT

Copyright © 2014 www.guampdn.com. All rights reserved.
Users of this site agree to the Terms of Service, Privacy Notice/Your California Privacy Rights, and Ad Choices

# EXHIBIT 4



**Announcements**



**IFES**
**Position: Translation and Interpretation Consultant**

**UNICEF**
**Position: Consultancy, drafting of youth bill**

**Transparency Maldives**
**Position: Event Manager**



**IFES**
**Position: Consultant-Elections Lesson Learnt Symposium**

**Advertise your job/event/promo on Minivan News**



Page added on July 9, 2014



Print This Post

# Seleznyov 'expelled' on Interpol red notice, says Home Ministry

By Ahmed Rilwan | July 9th, 2014 | Category: Crime, Politics | 3 comments

*With additional reporting by Zaheena Rasheed.*

Russian national Roman Valerevich Seleznyov was expelled from the Maldives in response to an Interpol red notice, the Ministry of Home Affairs has said.

Seleznyov, 30-years-old, was on holiday in the Maldives and was arrested from the Ibrahim Nasir International Airport (INIA) on July 5 minutes before he boarded a flight to Moscow. Seleznyov is the son of Russian parliamentarian Valery Seleznyov.

The Maldives Police Service followed due process in expelling Seleznyov, the Home Ministry said.

"As Interpol is the biggest international police institution and the Maldives has been a member of the Interpol since 1984, the government of Maldives considers Interpol red notices issued to be of high priority and takes serious action [regarding such notices]."

The ministry also said the Maldives respects international treaties it is party to and strives to sustain relations with friendly nations.

The Interpol official website describes the red notice as one that "seek the location and arrest of wanted persons with a view to extradition or similar lawful action."

However, statements from both the United States and the Russian governments indicates the arrest was made by the US Secret Service. Maldives does not have an extradition treaty with the United States.

Seleznyov is accused of bank fraud, identity theft, and other cyber crimes.

Russia has called Seleznyov's arrest a "kidnapping" and described the actions of Maldivian authorities in the incident as "outraging".

Minivan News was unable to obtain a comment from the Ministry of Foreign Affairs. The Department of Immigration and Emigration today said the institution was unaware of the incident.

**Due process**

Meanwhile, the opposition Maldivian Democratic Party (MDP) has urged the government to accord due process and credible judicial mechanisms in repatriating suspects.

It also appealed to the Russian government to exercise restraint.

The government violated the constitution in Seleznyov's arrest, claimed the party, noting that the suspect was immediately transported by officials of the third country out of Maldives jurisdiction, despite the law requiring arrests within Maldivian territory to be made by local security personnel.

"The Maldivian Democratic Party notes that the Maldivian Constitution stipulates for arrests within Maldivian territory to be made by personnel of Maldivian security services. It is also a judicial requirement for security services including the Police to procure a warrant from a Maldivian Court for such seize-and-arrest operations and that the suspect is produced at the relevant Court in Maldives prior to repatriation," the statement read.

"The Maldivian Democratic Party deplores the fact that the government had unnecessarily projected the state as powerless and the view that the government had undermined the Maldives Constitution with blatant disregard to concerns of individual rights of tourists who visit Maldives."

The government's "negligent and high handed tactics" may have adverse effects on trade and tourism, the MDP said.

The opposition party has reiterated its calls for urgent judicial reform and called on local and foreign institutions to prevail over the Maldives government to "foster overdue judicial reforms and establish judicial mechanisms for Police and government officials to cease and desist from deliberate denials of due process."

**Russia's reaction**

The Russian Foreign Ministry has said they were not informed of the arrest and called on the Maldives to provide necessary explanations.

"The stance of Maldives' authorities cannot be but outraging, since despite the existing international legislation norms they allowed another country's special service to kidnap a Russian citizen and take him out of the country," said the Russian Foreign Ministry.

"It is not the first time that the US side resorts to the de-facto abduction of a Russian national ignoring the bilateral 1999 treaty on mutual legal assistance" the Russian ministry was quoted as saying in international media.

Russia has also compared the incident with two earlier extradition cases, one of arms dealer Viktor Bout and attempted drug smuggler Konstantin Yaroshenko, stating that they too were "forcibly taken to the U.S. from third countries and convicted on dubious charges."

Speaking to Russian media, Roman Seleznyov's father has warned Russians against visiting Maldives.

"You see how unsafe is there. One may be kidnapped in front of his wife and child," he was quoted as saying. He said he is unable to contact his son, and claimed the US authorities are denying his rights.

"They took him to Guam because American law is not fully applicable there" he was quoted as saying.

In September 2013 Russia issued a travel advisory cautioning its citizens to avoid countries where US law enforcement can arrest and extradite it's citizens.

**Arrest and Charges**

According to the Unites States, Seleznyov was arrested by the U.S. Secret Service and was transported to Guam Island – a US territory in the western Pacific – where he was presented at court. He is under detention until a second hearing on July 22.

US Attorney for the Western District of Washington, Jenny A. Durkan, in a statement thanked the US Secret Service for apprehending Seleznyov.

"Cyber crooks should take heed: you cannot hide behind distant keyboards. We will bring you to face justice," said Durkin, who also heads the Justice Department's Cybercrime and Intellectual Property Enforcement Subcommittee of the Attorney General's Advisory Committee.

According to the statement Seleznyov was indicted in March 2011 in the Western District of Washington for hacking into point of sale systems at retailers throughout the United States between October 2009 and February 2011.

He is said to be involved in the criminal underground for carding (verifying validity of stolen credit card data), where he is known as "Track2".

Seleznev is accused of engaging in a bank fraud scheme, hacking into retail POS systems and installing malicious software on them to steal credit card numbers. He is also accused of creating and operated infrastructure – among the servers that hosting carding forum websites selling stolen credit card numbers.

"The arrest of Roman Seleznev is yet another example of how the Secret Service continues to successfully combat data theft and financial crimes," said Robert Kierstead, Special Agent in Charge of the US Secret Service Seattle Field Office.

"The Secret Service utilized state-of-the-art investigative techniques to dismantle this criminal network. Our success in this case and other similar investigations is a result of the extraordinary work of our investigators and our close work with our network of law enforcement partners."



**3 Comments on "Seleznyov 'expelled' on Interpol red notice, says Home Ministry"**

1. **ahmed on Thu, 10th Jul 2014 2:25 AM**

   Why President Yameen Lies to media, he was arrested by CIA in Maldives soil.
   "According to the Unites States, Seleznyov was arrested by the U.S. Secret Service and was transported to Guam Island"

1. **Ahmed on Thu, 10th Jul 2014 3:21 PM**

   No one except the Umamator has seen this particular red notice.

1. **Logal Sumaari kaleyge on Thu, 10th Jul 2014 4:14 PM**

   Whats more surprising is that the secret service has broken from it's directive and put him on trial on Guam which has a limited bill of rights and no voting rights in US congress, a colonial territory. So as he is on trial he would be afforded limited rights.

   A black mark on secret service, these long arm of US government in name of justice borders on to be a form of institutionalized global terrorism.

   Whats more the Inter-pol red-notice which led to information sharing between Maldivian authorities and US, would Interpol and Maldivian authorities complicit. A shame.

Name (required)

Email Address (required)

Website

Submit Comment

- Latest Headlines
- Latest Comments
- Archive

- Maldives backs UN HRC probe into claims of Israeli violations in Gaza
- Court orders registration of joint venture company for developing tourist zone on Fushidhiggaru lagoon
- Home Minister Umar Naseer's trial concludes at Criminal Court
- Maldivian jailed in Thailand for 14 years
- Army ordered the use of expired tear gas and pepper spray on protestors, says dismissed captain
- Maldives team take part in 20th Commonwealth Games
- MACL staff protest discrimination in annual bonus
- Civil Court protects ballot secrecy in JSC lawyer election
- MPs clash over amendments to Human Rights Commission Act
- PPM MP Ibrahim Riza elected to represent Majlis on JSC

- Mohamed Ahamed: Mohamed, I agree with you. But, still the Russians would argue that they are right. That is why Hitler wanted to eradicate them all.!!!!
- Derek Postance: @Mohamed Ahamed...you believe what Kerry says? Amazing! Not surprising that the remainder of your comment is 100% nonsense.
- Sajjad: The result of the vote was as follows: In favour (29): Algeria, Argentina, Brazil, Chile, China, Congo, Costa Rica, Cote d'Ivoire, Cuba, Ethiopia, India,...
- Sajjad: It does not matter how powerful a country is that joins the cause. It is our nations that profit the west and that is why they are present there. If every...
- no GMR: On going problems at airport does not vindicate GMR What Male airport lacks is vision and leadership
- peasant: While I think its admirable for us to show our solidarity with the Palestinian civilians who bear the brunt of the Israeli attacks on Hamas, I think...
- Maldivian: I wonder in which underpants the "Dhivehinge airport dhivehinnah" baigandu is hiding in now.
- Mohamed: Ask Bank of Maldives. They will tell you how much it has cost the Bank and individual Maldivians because of credit card fraud possibly attributed to this man

- July 2014
- June 2014
- May 2014
- April 2014
- March 2014
- February 2014
- January 2014
- December 2013
- November 2013
- October 2013

Public Arrest Records

instantchec...
Review Anyone's Arrest Record. Enter Name, See Results Instantly!

Elderly Care

All Inclusive Vacations

Elders Care

What is Quantum Jumping?



**Torture victims in the Maldives tell their stories**

SKIP TO TOP

# Minivan News © 2014

MINIVAN NEWS | First for Independent News in the Maldives.

About Us

Code of ethics

Advertise with us

Copyright notice

Jobs

Contact us

Privacy Policy

Commenting Guidelines

Privacy & Cookies

# EXHIBIT 5

ދިވެހިރައްޔިތުންގެ ޑިމޮކްރެޓިކް ޕާޓީ

| ފޮޓޯ ސާކަސް | ވަގުތު | ޑައުންލޯޑްސް | ޕާޓީގެ ޚަބަރު | ޕާޓީ ރަޖިސްޓްރޭޝަން | އެމްޑީޕީ ކޮންގްރެސް | ޕާޓީ ޙަރަކާތްތައް | ބްލޮގް | ވަފްދުރުޢަ 2014 |

އަހަރުގެ އިންތިޚާބު

Thursday, July 10, 2014

## MDP appeals to Russian authorities to exercise restraint and urges Maldives government to accord due process and credible judicial mechanisms in repatriating suspects



Reference: 07/07/2014
9 July 2014

**MDP appeals to Russian authorities to exercise restraint and urges Maldives government to accord due process and credible judicial mechanisms in repatriating suspects**

The Maldivian Democratic Party reiterates the party's calls for urgent judicial reform in Maldives and urges the Maldives government to accord due process and credible judicial mechanisms in repatriating suspects.

On 05 July 2014 Police at Ibrahim Nasir International Airport arrested Russian national Roman Valerevich Seleznev, accused by authorities of a third country, of bank fraud, identity theft, and other computer-related crimes.

The MDP notes with concern that the suspect was immediately transported by officials of the third country out of Maldives jurisdiction underlining the cooperating law enforcement agency's reservations of producing the suspect at a Maldivian Court. This denial of due process by the current PPM government also highlights the lack of credible judicial mechanisms for repatriation of suspects.

The Maldivian Democratic Party notes that the Maldivian Constitution stipulates for arrests within Maldivian territory to be made by personnel of Maldivian security services. It is also a judicial requirement for security services including the Police to procure a warrant from a Maldivian Court for such seize-and-arrest operations and that the suspect is produced at the relevant Court in Maldives prior to repatriation.

The Maldivian Democratic Party deplores the fact that the government had unnecessarily projected the state as powerless and the view that the government had undermined the Maldives Constitution with blatant disregard to concerns of individual rights of tourists who visit Maldives.

It is also a matter of serious concern to the Maldivian Democratic Party that the government's negligent and high handed tactics in complete disregard to possible repercussions that may have adverse effects on trade and tourism.

The Maldivian Democratic Party urges all concerned authorities abroad to exercise restraint in this specific matter and calls upon local and foreign institutions to prevail over the Maldives government to initiate immediate measures; to foster overdue judicial reforms and establish judicial mechanisms for Police and government officials to cease and desist from deliberate denials of due process. //

ENDS

Comments (0)

**No Comments »**

No comments yet.

**Leave a comment**

| | Name

Mail (will not be published)

Website

Submit Comment

© 2005-2014 Maldivian Democratic Party, Maldives.

Download and install these *Thaana Fonts* to view Dhivehi text on this site correctly.

RSS Content  RSS Comments

# EXHIBIT 6

Sign In | Register | Feedback [+]                                                                July 24, 2014

**English Edition**
Switch to DHIVEHI EDITION

[Search]

haveeruonline

| Main Page | News | Feature | Sports | Business | South Asia | World | World Sports | Entertainment | Video | Pictures | ▼ More |

News ❯ Maldives-Russia

## Maldives followed due procedure in arresting hacker, says president

Jul 10, 2014 - 10:49



President Yameen, with MP Mohamed Abdullah (L) at the press conference on Wednesday: He stated that similar arrests have been made in the Maldives in the past as well. HAVEERU PHOTO/ MOHAMED SHARUHAAN.

**Maldivian authorities followed due procedure in arresting a Russian citizen, who is wanted by the US for credit card fraud, and had no influence from the US, President Abdulla Yameen Abdul Gayoom said on Wednesday.**

During the signing ceremony of Ihavandhoo MP Mohamed Abdulla to the ruling Progressive Party of Maldives (PPM), President Yameen told reporters that reports of the US Secret Service carrying out an operation in the Maldives was false. Roman Valerevich Seleznyov was detained on grounds of an Interpol red notice the home ministry had received, he said.

The president admitted to have had sought Interpol's assistance in Seleznyov's arrest.

"Nobody ran operations here. A foreign law enforcement agency cannot arrest and take away someone within the Maldives. The arrest was made according to due procedure, upon Interpol's notice, with their assistance and has been taken to a country his case can be investigated properly. It was not done on the instructions of the US or any other party. We have documents to prove that," he said, in response to a question posed by Haveeru.

Noting that such arrests have been made in Maldives in the past as well, President Yameen outlined that fact that Maldives faced certain difficulties with prisoner exchanges as there is no extradition law yet. But the government is trying to submit a bill on extradition to the parliament soon, he said.

"The government will do everything within their power to fortify such matters. Yes, there is much we can do to improve and we will", he said.

The president said that the government is trying to resolve any issues that might have arisen between the Maldives and Russia, and that he hoped this incident would not cause damage to the relations between the two countries. A foreign ministry delegation will travel to Sri Lanka to meet the Russian ambassador to explain and clarify how the events had transpired, he said.

"Even our foreign minister will personally call the Russian Prime Minister and explain the events. This was not an act of defiance or disrespect towards Russia. The arrested man's family will speak out in their pain now and we understand that. I just want to clarify to them that Maldives made the arrest according to due procedure, protocols", the president.

In a statement, the US Department of Homeland Security said on Sunday that Roman Valerevich Seleznyov was arrested by the Secret Service on July 5. He had been "indicted in the Western District of Washington in March 2011 for hacking into point of sale retailers throughout the United States between October 2009 and February 2011," the department said.

The charges made against Seleznyov in the indictment include "five counts of bank fraud, eight counts of intentionally causing damage to a protected computer, eight counts of obtaining information from a protected computer, one count of possession of 15 or more unauthorized access devices, two counts of trafficking unauthorized access devices, and five counts of aggravated identity theft."

Though US had not revealed the location where his arrest had been made, the

Latest | Most Popular                RSS

• Thai court jails Maldivian
  6 hrs ago
• Law on MPs' salary abolished
  6 hrs ago
• Home Minister vows action against hate speech
  6 hrs ago
• Eid holiday-goers hike demand for air tickets
  8 hrs ago
• Phone allowance, medical insurance proposed
  9 hrs ago
• Pakistan, India top diplomats to meet in Aug
  9 hrs ago
• World Bank lauds India PM, offers billions
  9 hrs ago
• Loew to stay on as Germany coach
  9 hrs ago
• MH17 bodies return to Netherlands
  9 hrs ago
• Kerry: 'some progress' in Gaza truce efforts
  9 hrs ago

Tweet  17
Like  0
g+1  0



Bookmark
Print

Case 1:14-mj-00056   Document 21   Filed 07/25/14   Page 23 of 56



Russian foreign ministry said on Tuesday that US Secret Service agents had "kidnapped" Russian parliamentarian Valery Seleznyov's son at Ibrahim Nasir International Airport (INIA).

"On the same day, he was forced by agents of American secret service into a private jet and delivered to Guam Island," the statement read, stressing that they considered this incident as "another Washington's unfriendly step."

The foreign ministry also held Maldivian authorities at blame; "The stance of Maldives' authorities cannot be but outraging, since despite the existing international legislation norms they allowed another country's special service to kidnap a Russian citizen and take him out of the country."

"We demand that the Maldives' government provides necessary explanations."

Meanwhile, Seleznyov's father had called on authorities to impose economic sanctions against the Maldives in order to "avoid further kidnappings".

Related Articles

- Maldives: Hacker 'sent' on Interpol notice - 09-07-2014
- Maldives-Russia ties won't 'derail': minister - 12-07-2014
- 'Maldivian authorities' detained hacker: US - 10-07-2014

Tweet 17    Like 0    +1 0

**0 Comments**

To have full access to the interactive features available in Haveeru Online please register or sign in.

or

Post a Comment

RSS    IULAAN.MV    Flight Schedule    Exchange Rate    Haveeru Classifieds    Doctors Duty    YouTube    Download Fonts

2014 Copyright Haveeru Daily. Allrights Reserved.  |  Terms of Use & Privacy Policy  |  FAQs  |  About  |  Jobs

P.O Box 20103, Ameenee Magu, Male' Maldives Tel: (960) 3325671, Fax: (960) 3323103, E-mail: info@haveeru.com.mv

# EXHIBIT 7



INDEPENDENT NEWS FOR THE MALDIVES

Facebook | Twitter | iPhone | RSS Feed

Search sponsored by

Thursday, July 24, 2014 21:13 | ‎ދިވެހި

- News Front Page
- Politics
- Society
- Environment
- News in Brief
- Business
- Tourism
- Health
- Q&A
- Week in review
- Comment
- Crime
- Parliamentary Elections 2014
- Feature

- Archive Index
- Advertise with us
- About us
- Code of ethics
- Jobs@MinivanNews

Follow @MinivanNews

**Announcements**





**IFES**
**Position: Translation and Interpretation Consultant**



**UNICEF**
**Position: Consultancy, drafting of youth bill**



**IFES**
**Position: Consultant-Elections Lesson Learnt Symposium**



**Advertise your job/event/promo on Minivan News**



Page added on July 20, 2014

🖨 Print This Post

# No intention to "displease" Russia with Seleznyov expulsion, says home minister

By Ahmed Naish | July 20th, 2014 | Category: Politics | 7 comments



The Maldivian government would have "acted differently" if the Home Ministry had been aware that an alleged hacker expelled on July 5 was the son of a Russian lawmaker, Home Minister Umar Naseer said on state broadcaster Television Maldives (TVM) last week.

"Had it been known that he was a high-profile person in Russia, we would have discussed with Russia. We would have talked and found out what they thought of the matter. We don't want at all to do anything to displease Russia," Naseer said on TVM's *Raajje Miadhu* (Maldives Today) programme Thursday night (July 17).

Naseer said that the Home Ministry was only aware of information concerning the suspect's alleged crimes, adding that the government had no wish to be caught between Russian-American rivalry.

The Russian Foreign Ministry had expressed outrage over the arrest of Roman Valerevich Seleznyov, 30, from the Ibrahim Nasir International Airport (INIA) and called it a "kidnapping" by the U.S. Secret Service.

The Home Ministry however insisted that Seleznov – son of Russian parliamentarian Valery Seleznyov – was expelled in response to an Interpol red notice with American authorities informed upon his arrival in the Maldives.

The US embassy in Colombo backed the government's stance with a spokesperson informing Maldivian media that an Interpol red notice had been issued following indictments relating to bank and computer fraud that affected thousands of American citizens.

"This was a law enforcement action, and was based solely on law enforcement considerations. The indictment in this case was returned on March 2011, and thus long predates any current issues involving Russia and the United States. It has nothing to do with any of those issues. Nor was this a 'kidnapping' or in any way illegal," the spokesperson stated.

Seleznyov "was arrested following his expulsion from another country, acting under its own laws. He was advised of his rights and given consular notification. These actions also were in no way inconsistent with any treaty arrangements with Russia."

While President Abdulla Yameen has dismissed allegations of a US Secret Service operation on Maldivian soil as baseless, Home Minister Naseer insisted in parliament last week that Selezynov was arrested lawfully "by Maldivian police".

**Eyewitness**

However, Russian media has reported an anonymous eyewitness at the airport as claiming that Seleznyov was allegedly handcuffed and led away by "two white guys" before he was about to board a flight to Moscow.

"I can remember one very clearly, one was wearing a green T-shirt and jeans type pants. He cuffed him," the eyewitness told the Voice of Russia radio station.

While Maldivian police were present, the eyewitness claimed "they were not engaging in anything, they were just behind him."

Selezynov was taken to the VIP lounge where passengers departing on private jets are processed, the eyewitness explained.

His girlfriend, Anna Otisko, who was with him at the airport told Russian media at a televised press conference on July 11 that her partner was "grabbed by unknown men" at the airport.

Selezynov's father has also called on Russian authorities to impose economic sanctions on the Maldives and reportedly offered US$50,000 for evidence proving his son was detained by American intelligence agents.

"No legal procedures involving local authorities required for extradition were observed," the Russian Foreign Ministry contended in a statement.

"The Russian citizen was literally kidnapped, which is a flagrant violation of the laws of any civilised state as well as international law."

Maldives Foreign Minister Dunya Maumoon and Attorney General Mohamed Anil meanwhile flew to Sri Lanka last week to brief Russian diplomats regarding the incident.

The ministry said in a statement that "strong, mutually beneficial" relations with Russia would not be derailed due to the "isolated incident."

**Due process**

The opposition Maldivian Democratic Party (MDP) has also accused the government of flouting due process in Selezynov's arrest.

In a statement, the party said that personnel of Maldivian security services must make arrests within Maldivian territory and a warrant from a Maldivian court must be obtained for such seize-and-arrest operations.

Further, the suspect should also be produced at the relevant court in Maldives prior to repatriation, the party said.

The MDP has also expressed concern the incident may have adverse effects on trade and tourism.

Russia currently ranks fifth in terms of the number of tourist arrivals to Maldives, with more than 33,000 tourist arrivals during the first five months of 2014.



7 Comments on "No intention to "displease" Russia with Seleznyov expulsion, says home minister"

1. **Derek Postance on Sun, 20th Jul 2014 9:47 PM**

   Pathetic excuses. The damage is done, Maldives connived in a CIA rendition, pure and simple.

1. **Mohamed on Mon, 21st Jul 2014 2:53 AM**

   What a way to handle an international criminal affair. Umar, you should rather be the cook of your submarine.

1. **Logal Sumaari kaleyge on Mon, 21st Jul 2014 2:31 PM**

   Umar previously stated that he thoroughly examined everything related to the case before Secret Service was allowed to arrest him. I detect a change in tune.

1. **Niyasa on Mon, 21st Jul 2014 3:55 PM**

   Yameen got scholarships from the American government to study for his first degree in American University of Beirut. He did his Masters degree in California, America on funds given by the American government.

1. **Indian on Mon, 21st Jul 2014 4:35 PM**

   So according to the jester, following protocol depends on the profile of the person. It don't matter if he was involved in criminal activity?

   This guy is a joke, maybe he needs a crack course in diplomacy too.

1. **Maldivian on Mon, 21st Jul 2014 4:44 PM**

   I think the FSB visited him one night and "re-educated" him with batons, boots and truncheons, then for good measure, surgically implanted a bomb loaded with polonium in his head.

   DO NOT MESS WITH THE RUSSIANS.

1. **Ahmed on Tue, 22nd Jul 2014 4:55 PM**

   Umar needs to resign.
   How the hell do you arrest a Russian citizen without informing Russia.

Name (required)

Email Address (required)

Website

Submit Comment

- Latest Headlines
- Latest Comments
- Archive

- Maldives backs UN HRC probe into claims of Israeli violations in Gaza
- Court overrules government on lagoon development joint venture
- Home Minister Umar Naseer's trial concludes at Criminal Court
- Army ordered the use of expired tear gas and pepper spray on protestors, says dismissed captain
- Maldives team take part in 20th Commonwealth Games
- Maldivian jailed in Thailand for 14 years
- MACL staff protest discrimination in annual bonus
- Civil Court protects ballot secrecy in JSC lawyer election
- MPs clash over amendments to Human Rights Commission Act
- PPM MP Ibrahim Riza elected to represent Majlis on JSC

- Larry[geordie]Dodds: ..Although I'm an Englishman,,,I am also EX RAF GAN,and as such send my best wishes to your team,especially young MohamedNaseem from...
- Andrew Andreas: hehehe… you dont seem to have any problems when you were promoted for absolutely doing nothing at all. dumb ass.
- Mohamed Ahamed: Mohamed, I agree with you. But, still the Russians would argue that they are right. That is why Hitler wanted to eradicate them all.!!!!
- Derek Postance: @Mohamed Ahamed…you believe what Kerry says? Amazing! Not surprising that the remainder of your comment is 100% nonsense.
- Sajjad: The result of the vote was as follows: In favour (29): Algeria, Argentina, Brazil, Chile, China, Congo, Costa Rica, Cote d'Ivoire, Cuba, Ethiopia, India,...
- Sajjad: It does not matter how powerful a country is that joins the cause. It is our nations that profit the west and that is why they are present there. If every...
- no GMR: On going problems at airport does not vindicate GMR What Male airport lacks is vision and leadership
- peasant: While I think its admirable for us to show our solidarity with the Palestinian civilians who bear the brunt of the Isreali attacks on Hamas, I think...

- July 2014
- June 2014
- May 2014
- April 2014
- March 2014
- February 2014

- [January 2014](#)
- [December 2013](#)
- [November 2013](#)
- [October 2013](#)



Starhotels
Metropole

Booking.com
Best Price
Guarantee
$182.00

>

Beautiful
Belarus Girls

Police College

Poll: You've
been chosen

Rent To Own
Homes
$355/mo









**Torture victims in the Maldives tell their stories**

SKIP TO TOP

## **Minivan News** © **2014**

MINIVAN NEWS | First for Independent News in the Maldives.

About Us

Code of ethics

Advertise with us

Copyright notice

Jobs

Contact us

Privacy Policy

Commenting Guidelines

Privacy & Cookies

# EXHIBIT 8

# Son of Russian lawmaker nabbed in Maldives on U.S. fraud charges



U.S. Secretary of State John F. Kerry, left, and Russian Foreign Minister Sergei Lavrov have been confronting an array of divisive issues over the last two years as relations between the former Cold War rival nations have deteriorated. (Philippe Desmazes / AFP/Getty Images)

By **CAROL J. WILLIAMS**

JULY 8, 2014, 3:03 PM

**R**ussian officials on Tuesday accused the United States of kidnapping the 30-year-old son of a Moscow lawmaker after detaining him in the Maldives and flying him to Guam to face charges of trafficking in stolen credit card information.

Russian officials and news media denounced the handling of Roman Seleznev's arrest by the U.S. Secret Service as an illegal act of "extraordinary rendition," and the detainee's father speculated that Washington seized his son on bogus charges to have someone to trade for Edward Snowden. Snowden, a former National Security Agency contractor, is wanted by the U.S. on charges of leaking millions of classified files.

"We consider this as the latest unfriendly move from Washington," Russia's Foreign Ministry said in a statement demanding "coherent explanations about the incident."

The ministry recalled two previous incidents involving wanted Russian businessmen Viktor Bout and Konstantin Yaroshenko in observing that the Seleznev detention abroad was "not the first time that the U.S. government, ignoring a bilateral agreement on mutual legal cooperation regarding criminal issues, has conducted a literal kidnapping of a Russian citizen."

Bout and Yaroshenko are serving long prison sentences in the United States on respective convictions for illegal weapons and drug trafficking. Russian extradition requests have been denied, as have U.S. appeals to Moscow to send Snowden back to face justice for leaking sensitive government secrets.

Snowden, 31, has been living in Russia since flee                                    ing there 14 r he considers excessive and illegal NSA spying on millions of private citizens' phone calls, emails and other personal communications.

Snowden has said in recent interviews from his undisclosed refuge near Moscow that he would like to return to the United States if he could get a fair trial on felony charges of espionage and theft. The U.S. government case against him could lead to a death penalty if convicted, although Atty. Gen. Eric H. Holder Jr. has said the U.S. government wouldn't seek the ultimate punishment.

Russian President Vladimir Putin last year authorized Snowden to stay in Russia with temporary asylum status for a year beginning Aug. 1. Snowden may apply for annual extentions, the Kremlin said at the time.

The Snowden case has been a major irritant in U.S.-Russian relations. Moscow and Washington have been deeply divided since Putin returned to the Kremlin for a third term two years ago and clamped down on human rights advocates, political opposition parties and U.S. adoption of Russian orphans, and this year sent troops to Ukraine to seize the Crimean peninsula.

Seleznev's father, Valery Seleznev, a member of the Duma lower house of parliament, accused Washington of engaging in the practice of extraordinary rendition, used by CIA operatives to nab terrorism suspects from foreign countries and                               detention and military          spirit th tribunals.

"For all I know, they may be demanding a ransom tomorrow," Valery Seleznev told Russia Today television about his son's detention. "Or they may try to exchange him for Snowden or somebody. One can only wonder."

Roman Seleznev was arrested Saturday at the international airport in Male, the Maldives capital, as he was about to board a plane for Moscow. He was put on a flight to Guam, a U.S. territory 4,900 miles east of the Indian Ocean island nation. He is imprisoned in Guam awaiting a court hearing and eventual transfer to Washington state, where the federal charges were filed against him.

Seleznev faces 29 charges of computer fraud, aggravated identity theft and possession of unauthorized cyber-snooping devices used for "hacking into point-of-sale systems at retailers throughout the United States," a statement by the U.S. Secret Service alleges.

The Secret Service called Seleznev "one of th                                             e world's most prolific financial information," saying that he and his cyber-theft ring are accused of stealing the data for more than 100,000 credit card accounts by hacking into retailers' computers between 2009 and 2011. Seleznev also faces                          ges in Nevada. racketeering char

"The adverse impact this individual and other transnational organized criminal groups have on our nation's financial infrastructure is significant and should not be underestimated," said Secret Service Director Julia Preston in disclosing the arrest and relocation of Seleznev to Guam.

**Follow @cjwilliamslat for the latest international news 24/7.**

Copyright © 2014, Los Angeles Times

# EXHIBIT 9

# Moscow accuses United States of 'kidnapping' Russian hacker

**REUTERS, 08/07 12:27 CET**

Share Share

WASHINGTON/MOSCOW (Reuters) – Russia accused the United States on Tuesday of violating a bilateral treaty and "kidnapping" a Russian accused of hacking into U.S. retailers' computer systems to steal credit card data.

The U.S. Department of Homeland Security said on Monday the Secret Service had arrested Roman Valerevich Seleznev, 30, on July 5 for actions carried out from 2009 to 2011.

Russian media carried reports that the man arrested may be the son of a member of parliament, Valery Seleznev. The deputy told Russia's Itar-Tass news agency he had not been able to speak to his son but added: "This is a monstrous lie and a provocative act."

The man was apprehended in an airport in the Maldives, the Russian Foreign Ministry said.

"We consider this as the latest unfriendly move from Washington," it said in a statement on its website.

"This is not the first time the U.S. side, ignoring a bilateral treaty … on mutual assistance in criminal matters, has gone ahead with what amounts to the kidnapping of a Russian citizen."

Roman Seleznev was indicted in Washington state in March 2011 on charges including bank fraud, causing damage to a protected computer, obtaining information from a protected computer and aggravated identity theft, the U.S. agency said in a statement.

The indictment said Seleznev hacked into websites ranging from those run by the Phoenix Zoo, a branch of Schlotzsky's Deli and many other small restaurants and entertainment venues around the country.

Relations between Russia and the United States are at a low ebb in Vladimir Putin's third term as president, with the former Cold War enemies divided over the conflicts in Syria and Ukraine as well as on human rights, democracy and defence matters.

(Reporting by Doina Chiacu and Julia Edwards; Additional reporting by Alessandra Prentice; Editing by Jeremy Gaunt)

*euronews provides breaking news articles from Reuters as a service to its readers, but does not edit the articles it publishes.*

*Copyright 2014 Reuters.*

Share Share Share | More

## You might also like

Promoted Content by Taboola



**Make Your Food Selfie Pay Off**
MultiVu



**Careers Of The Future: Is Your Millennial Student Prepared?**
Bentley University



**Diabetes Is A Winnable Battle**
LiveStrong



**Amateur video shows two planes in 'near miss' at Barcelona airport**



**Femen protest in Kiev against Navalny verdict**



**Man, 27, fails in suicide bid after tigers reject chance to eat him**

## From Around the Web          ## More From Euronews

Turkish ferry makes high-speed final landing

By using this website, you agree with our use of cookies to improve its performance and enhance your user experience. More info in our **Cookies policy page.**  

# EXHIBIT 10



INDEPENDENT NEWS FOR THE MALDIVES

Facebook 🔵 | Twitter 🔵 | iPhone 🔵 RSS Feed 📶

Search sponsored by

Thursday, July 24, 2014 21:17 |

- News Front Page
- Politics
- Society
- Environment
- News in Brief
- Business
- Tourism
- Health
- Q&A
- Week in review
- Comment
- Crime
- Parliamentary Elections 2014
- Feature

- Archive Index
- Advertise with us
- About us
- Code of ethics
- Jobs@MinivanNews

🐦 Follow @MinivanNews

**Announcements**



**IFES**
**Position: Translation and Interpretation Consultant**



**UNICEF**
**Position: Consultancy, drafting of youth bill**



**IFES**
**Position: Consultant-Elections Lesson Learnt Symposium**



**Advertise your job/event/promo on Minivan News**



Page added on July 15, 2014

🖨 Print This Post

# Comment: Maldives caught in Russo – American tiff

By N.SathiyaMoorthy | July 15th, 2014 | Category: Comment | 2 comments

Through a deft *post facto* damage-control, the Government of President Abdulla Yameen seems to have diffused and warded off – at least for the time being – what threatened to be a major diplomatic incident for Maldives, and involving the US and Russia, the two 'Cold War' era competitors who havce lately been flexing their political muscles in distant Europe.



The issue relates to the arrest of a Russian national on Maldivian soil, and his immediate handing over to waiting US marshals, who flew him away, seemingly without giving Male enough time for second thoughts – and naturally so. How things shape may now depend more on how events play out on the domestic front in Russia and/or on the international arena relating to the Russian-American stand-off/trade-off in the 'Ukraine-Crimean crisis' which refuses to die down, than on anything Maldivian.

Maldives was literally and possibly unknowingly caught in the Russo-American politico-diplomatic cross-fire after the local police reportedly arrested Roman Valerevich Seleznyov, the 30-year-old son of a Russian parliamentarian, whom the US has claimed was a 'hacker and bank fraud' wanted by American courts since 2011. Seleznyov was apprehended at the Ibrahim Nasir International Airport (INIA) in Male and handed over to the US Secret Service – though a slightly different version has claimed greater credence.

Russia sought an immediate explanation from Maldives. Valery Seleznyov, the parliamentarian-father of Roman, even wanted Moscow to impose economic sanctions on Male, for allowing three waiting US marshals to fly away with his son. He also claimed that the US flew his son to the western Pacific territory of Guam, where not all protection under US civil laws were available/applicable, for his son to seek relief.

MP Valery charged the US with 'kidnapping' his son for a (possible) trade-off against the return of Edward Snowden, a sub-contractor of the US' National Security Agency (NSA), who has taken refuge in Russia after leaking top-secret American phone-and-email tapping records the world over. Thankfully for the US – and possibly for Maldives, too – the Russian Government is not known to have shared the parliamentarian's claims linking the US action now to a Snowden 'trade-off'.

### 'Abduction' and 'outrage'

Either owing to domestic pressure, or the opportunity to hit the US once more in the prevailing circumstances of ever-dipping bilateral equations, the Russian Foreign Ministry lost no time in coming down heavily on the 'Cold War' era adversary. "It is not the first time that the US resorts to de facto abduction of a Russian national, ignoring the bilateral 1999 treaty on mutual legal assistance" ministry said. With much of the rest of the world media reporting near-nothing on the episode – it's true in India, too – the Maldivian media reported that Russia had compared the Seleznyov incident to two other extradition cases. One was of Viktor Bout, whom the US claimed was an arms-dealer. The other related to an alleged drug-smuggler Konstantin Yaroshenko. They too were "forcibly taken to the US from third countries and convicted on dubious charges", the Russian Foreign Ministry claimed in its early reactions to the Seleznyov incident.

Moscow simultaneously claimed that Maldives had not kept them informed of the imminent arrest, and called upon Male to provide the necessary explanations. "The stance of Maldives' authorities cannot be but outraging, since despite the existing international legislation norms they allowed another country's special service to kidnap a Russian citizen and take him out of the country," the ministry said further. Independent of 'sovereignty' issues that may be weighted in Male's favour, in practical terms, these were strong Russian words against a small country like Maldives.

Seleznyov's father advised fellow-Russians not to travel to Maldives, whose economy is heavily dependent on international tourism. Whether he had this alone in mind when he demanded 'economic sanctions' against Maldives, or something more specific pertaining to possible abrogation/cut in government-to-government arrangements is unclear.

As the Maldivian media recalled, in September 2013, Russia had issued a travel advisory, asking its citizens to avoid countries where US law- enforcement can arrest and extradite its citizens. Would Maldives' name be found on the Russian list, if any, too is unclear. It is another matter that according to available statistic, the Russian market for inward tourism in Maldives "deteriorated further posting a negative growth of 7.5 percent for the period from January to May 2014. Market share of Russia stood at 6.4 percent at the end of the period".

### 'Cyber crook', says US

According to the US, Seleznyov was arrested by the US Secret Service and was transported to Guam Island where he was presented to a court. He is under detention until a second hearing on July 22, the US has clarified since. In a related development, US Attorney for the Western District of Washington, Jenny A. Durkan, in a statement thanked the US Secret Service for apprehending Seleznyov. "Cyber crooks should take heed: you cannot hide behind distant keyboards. We will bring you to face justice," said Durkin, who also heads the US Justice Department's Cyber-crime and Intellectual Property Enforcement Sub-committee of the Attorney-General's Advisory Committee.

According to the American statement, Seleznyov was indicted as far back as March 2011 in the Western District of Washington for hacking into point-of-sale systems at retailers throughout the country between October 2009 and February 2011. He is said to have been involved in the criminal underground for carding (verifying validity of stolen credit card data), where he is known as "Track-2??.

In this, Seleznyev is accused of engaging in a bank fraud scheme, hacking into retail POS systems and installing malicious software on them to steal credit card numbers. He is also accused of creating and operated infrastructure – among the servers that hosting carding forum websites selling stolen credit card numbers.

"The arrest of Roman Seleznyov is yet another example of how the Secret Service continues to successfully combat data-theft and financial crimes," according to Robert Kierstead, Special Agent in Charge of the US Secret Service Seattle Field Office. "The Secret Service utilised state-of-the-art investigative techniques to dismantle this criminal network. Our success in this case and other similar investigations is a result of the extraordinary work of our investigators, and our close work with our network of law-enforcement partners," the Maldivian media quoted US official statements as saying.

The US statements clarified that Maldives acted under its own law in the matter. Yet, the local media also referred to the fact that the current passenger-identification system installed at the Male airport was a gift from the US. If they had questions if the same had been linked to American computer-aided person/passport identification systems installed elsewhere in the country other than that of the Interpol's, to facilitate tracking and detaining persons 'wanted' by the US, the media has been silent over flagging such issues – at least thus far.

### Procedural lapses, if?

In between, the Opposition Maldivian Democratic Party (MDP) lost no time in bringing out the nation's purported embarrassment through media statements, and laying the blame at the doorsteps of the Yameen Government. The MDP

statement claimed that Seleznyov was not accorded 'consular services' from the Russian Embassy in Colombo before his detention, nor was a court order obtained under the law in Maldives for his arrest.

It is another matter that the MDP, which is now being seen as more sympathetic to the 'Russian cause', as if by a matter of principle, was more inclined towards supporting the American line in international fora when party leader Mohammed Nasheed was the nation's first democratically-elected President, but short-lived in the post (2008-12). At the time, Maldives was seen as backing the US line UN fora, boldly inviting Israeli farm scientists and medical doctors to work in the country despite the nation's traditional reservations flowing from the 'Palestine issue'. The one issue that keeps coming to mind from that period was the reported Maldivian decision to accept a Guantanamo Bay detainee at American instance – though domestic protests put paid to the proposal before long.

**No detention order from court?**

According to social media claims, the criminal court in Maldives had declined to issue the detention order, indicating that the airport detention was the last-ditch but successful effort at ensuring that Seleznyov did not jump the American coup. These reports also indicated that Chief Judge of the Criminal Court, Abdulla Mohamed, whom the MDP Government had detained in January 2012, but restored later, was at the centre of the current controversy attending on the possible denial of detention order against Seleznyov.

The reports also indicated that the Russian Embassy in Colombo might have been brought into the picture *post facto*, and not before Seleznyov's detention and transportation to Guam. Whether the official Maldivian intimation to Russia came before Seleznyov's father's public statement or not remains unclear, however. However, reports indicated that it might have been otherwise, thus upsetting Russia, and the Russian Embassy in Colombo.

Social media circles have since pointed out how a section of the Maldivian media had removed previous references to possible legal advice purportedly provided to the Government in the matter, sometime during the course of the detention discourse within. It is unclear if the removal of an earlier media reference to the advice that the Government could stamp Seleznyov's passport as 'Departed' and then have him arrested inside the airport was removed at anybody's instance and insistence. It is however not uncommon for the media to remove such references in subsequent despatches, if later inquiry or clarification had put things in perspective.

There has been relative silence from the Russian side after the US statements that Seleznyov was a 'cyber crook' and 'bank-fraud'. If nothing much comes off on that front, it may remain that the Maldivian lapses, if any, might have been procedural at best. Sooner than the Russian reactions came out, President Yameen, and the Maldivian Home Ministry, in quick succession, lost no time with their clarification. Accordingly, Maldives had acted on an Interpol 'Red Alert', as always.

"As Interpol is the biggest international police institution and the Maldives has been a member of the Interpol since 1984, the government of Maldives considers Interpol 'Red Notices' to be of high priority and takes serious action (regarding such notices)," the Maldivian Home Ministry said in a statement. The ministry also said the Maldives respects international treaties it is party to and strives to sustain relations with friendly nations.

However, questions have been raised, particularly pertaining to the 'due process' – followed or not by the Maldivian authorities. Maldives does not have an extradition treaty with the US, and 'social media' critics in the Indian Ocean archipelago have asked how their Government could hand over the detained person to the waiting American marshals, without handing him over through the Interpol, under the circumstances. Questions have also been raised about the kind of coordination required to apprehend the Russian and hand him over to the US personnel, who might have already been there on Maldivian soil.

The social media has gone viral with purported details that no Government has denied, or clarified, since. According to eye-witness accounts quoted in these reports, US marshals were the ones who actually effected the arrest at the airport after shouting their presence – as seen often in Hollywood films — even as Maldivian Tourist Police personnel looked on. If however there was any visual evidence to the same – as it often happens by the use of a mobile-phone camera or the like — it has not made its appearance on the social media networks.

The first and foremost question remains — why the Maldivian authorities did not go public about the 5 July arrest until after the Russians had made an issue of the same. Though initial confusion remained if Seleznyov was apprehended when he was landing or departing at Male, the social media has since come up with reports that have not since been denied.

Accordingly, a woman (variously described as his wife or girl friend) and child had accompanied Seleznyov, and they had been staying in Maldives for five days before departure. Having been allowed to proceed to Russia with Seleznyov's detention, they had taken up the matter with his family and the Government. Father Seleznyov, reportedly heading a regional political party in Vladivostok that is partnering with President Vladimir Putin's Government, his anguished voice could not have but found resonance in official reactions, initially. Or, so goes an argument.

**'An isolated incident'**

With strong and unexpected reaction from Russia possibly taking the Maldivian Government by surprise, President Yameen lost no time in sending out a delegation of senior officials to Colombo, the seat of the Russian Embassy and Ambassador, co-accredited to Sri Lanka and Maldives, to explain the situation. This has since been followed in double-quick time by Maldives' A-team, comprising Foreign Minister Dunya Maumoon and Attorney-General, Mohammed Anil, meeting with Russian officials, again in Colombo, to take forward the discussions.

Critics of the Yameen Government nearer home would want to believe that the first-round official-level talks with Russia did not go on Maldives' expected lines, hence the need for despatching a senior minister and the AG, personally. However, after her round of talks, Foreign Minister Dunya said later that the "strong, mutually beneficial" relations between the two countries would not "derail" due to an "isolated incident" like Seleznyov's arrest.

According to a Maldivian Foreign Ministry statement, the two ministers explained to the Russian officials that the Maldives had followed "past practices" in dealing with Interpol 'Red Notices'. The two sides also discussed on entering into agreements in order to avoid such incidents in the future, the ministry added. With President Yameen now on expanding the nation's external relations with a visit to Japan earlier this year, and one to China next month, the two countries may also consider a presidential visit to Russia on a subsequent occasion. Or, would they, just at the moment when things would still be hot in Moscow?

**India's 'sphere of influence'**

Weeks ahead will determine how the 'Seleznyov episode' plays out in the Russo-Maldivian relations. Considering in particular that the US, withdrawing from Afghanistan yet wanting its political and naval presence relatively intact in the Indian Ocean region has been wooing nations like Maldives and threatening those like Sri Lanka in the neighbourhood, the current Russian diplomatic stand-off with Male, may have consequences for India too in its 'traditional sphere of geo-strategic and politico-economic influence'.

With the new Government in general and Prime Minister Narendra Modi lending greater focus to the immediate South Asian neighbourhood, it remains to be seen how India views the recent developments in Maldives. It is another matter that in the overall context, India has no role to play *per se*, either before, during or after the event, as it pertains entirely to Maldives' 'sovereign' decision-making capacity and inherent capabilities as a nation-State that cherishes its independence even more. Yet, India may not be able to look the other way if the current Russo-Maldives impasse were to blow out of proportion. Or, if the US marshals' presence and actions in Maldives, without due information to a neighbour like India – or, Sri Lanka – came to be viewed as something more, and well into the future.

The question would then arise when and how far did Maldives take India into confidence on the 'Seleznyov affair', if at all. The sub-text would relate to the need – or, absence of it — for Maldives doing so, particularly in the context of the new and 'independent' Foreign Policy that President Yameen unveiled after assuming office – but which would have been on the works earlier, too. In context, the question would arise if the Maldivian Government would have benefited from any Indian advice or intervention in the matter, had it been sought.

For now, however, as and when the entire issue blows over, there could be an internal inquiry into the entire affair within the Maldivian Government on the facts and circumstances leading to Seleznyov's detention, and the diplomatic precautions that the nation would have to take in similar circumstances in the future. All of it with the full realisation that no two episodes of the kind are one and the same – in terms of facts and circumstances, politics and diplomacy.

*N Sathiya Moorthy is a Senior Fellow at the Chennai Chapter of the Observer Research Foundation in India.*

*All comment pieces are the sole view of the author and do not reflect the editorial policy of Minivan News. If you would like to write an opinion piece, please send proposals to editorial@minivannews.com*



### 2 Comments on "Comment: Maldives caught in Russo – American tiff"

1. **void ab initio on Wed, 16th Jul 2014 12:44 AM**

   My my Minivan..why is "Carlos Swarz" given the bi-line to an article "attributed" to "N Sathiya Moorthy" ? In any case, this analysis fails to take cognizance that the people of Maldives hardly cares about "finihanguraama" between US and Russia as long as dollar boys get away with it. And guess what, dollar boys have got away with it. So, this is really yesterday's news rehashed to an audience that really can't be bothered about today's news.

   1. **Haleem on Wed, 16th Jul 2014 2:15 AM**

      Maldives Defence Forces and the Police have a long established history of very close relations with the US military and law enforcement agencies.

      India and Maldives too enjoy a very special relationship in all areas specially with regard to Defence matters.

      So, the Maldives Authorities will ALWAYS oblige any request from the US or India in such matters. US interests will take priority over any other matters.

Name (required)

Email Address (required)

Website

Submit Comment

- Latest Headlines
- Latest Comments
- Archive

- Maldives backs UN HRC probe into claims of Israeli violations in Gaza
- Court overrules government on lagoon development joint venture
- Home Minister Umar Naseer's trial concludes at Criminal Court
- Army ordered the use of expired tear gas and pepper spray on protestors, says dismissed captain
- Maldives team take part in 20th Commonwealth Games
- Maldivian jailed in Thailand for 14 years
- MACL staff protest discrimination in annual bonus
- Civil Court protects ballot secrecy in JSC lawyer election
- MPs clash over amendments to Human Rights Commission Act
- PPM MP Ibrahim Riza elected to represent Majlis on JSC

- Larry[geordie]Dodds: ..Although I'm an Englishman,,,I am also EX RAF GAN,and as such send my best wishes to your team,especially young MohamedNaseem from...
- Andrew Andreas: hehehe… you dont seem to have any problems when you were promoted for absolutely doing nothing at all. dumb ass.
- Mohamed Ahamed: Mohamed, I agree with you. But, still the Russians would argue that they are right. That is why Hitler wanted to eradicate them all.!!!!
- Derek Postance: @Mohamed Ahamed…you believe what Kerry says? Amazing! Not surprising that the remainder of your comment is 100% nonsense.
- Sajjad: The result of the vote was as follows: In favour (29): Algeria, Argentina, Brazil, Chile, China, Congo, Costa Rica, Cote d'Ivoire, Cuba, Ethiopia, India,...
- Sajjad: It does not matter how powerful a country is that joins the cause. It is our nations that profit the most and that is why they are present there. If every...
- no GMR: On going problems at airport does not vindicate GMR What Male airport lacks is vision and leadership
- peasant: While I think its admirable for us to show our solidarity with the Palestinian civilians who bear the brunt of the Isreali attacks on Hamas, I think...

- July 2014
- June 2014
- May 2014

-
  - [April 2014](#)
  - [March 2014](#)
  - [February 2014](#)
  - [January 2014](#)
  - [December 2013](#)
  - [November 2013](#)
  - [October 2013](#)

**Watch Full Episodes**

televisionfanat...

Turn Your Computer into a TV! Watch Full TV Episodes w Free App

Print Eviction Notice

Work Accident Lawyer

Best Dividend Stock 2014

Female Hair Loss Vitamin









**Torture victims in the Maldives tell their stories**

---

SKIP TO TOP

# Minivan News © 2014

MINIVAN NEWS | First for Independent News in the Maldives.

About Us

Code of ethics

Advertise with us

Copyright notice

Jobs

Contact us

Privacy Policy

Commenting Guidelines

Privacy & Cookies

# EXHIBIT 11

**RIA**NOVOSTI

# Roman Seleznev Kidnapped by US Agents, Whisked Away by CIA Rendition Flight

http://en.ria.ru/authors/20140713/190910398/Roman-Seleznev-kidnapped-by-US-agents-whisked-away-by-CIA.html

17:54 13/07/2014

The father of Roman Seleznev has offered a $50,000 reward for information regarding the arrest of his son in the Maldives, including any video or other evidence supporting the reports and witness statements that it was American agents that arrested, questioned and then transported his son to Guam. The case is another example of the United States and the CIA flaunting international laws and forcing countries to allow them free reign.

**The father of Roman Seleznev has offered a $50,000 reward for information regarding the arrest of his son in the Maldives, including any video or other evidence supporting the reports and witness statements that it was American agents that arrested, questioned and then transported his son to Guam. The case is another example of the United States and the CIA flaunting international laws and forcing countries to allow them free reign.**

**Americans involved**

Roman Seleznev's common law wife Anna Otisko, who was with him at the airport when he was detained, described Roman's captors during an emotional press conference she gave to Russian media along with Roman's father, Russian MP Valery Seleznev. She described how American CIA agents arrested and interrogated Roman. She said that the agents were clearly not from among the local population as they were Caucasian and spoke in clear American English. With tears in her eyes she described how she could hear the agents aggressively questioning Roman and how he repeatedly replied "No! No!" to their questions.

Other witnesses also report that a team of American agents was seen whisking Mr. Seleznev away to an awaiting private aircraft and treating him in a very aggressive and forceful manner. Witness statements contradict the official statements coming out of the Maldives that it was a completely local operation and that police were lawfully carrying out an Interpol red notice warrant. Given that local laws that require such suspects to be allowed a hearing in a court before extradition after which a proper order must be handed down were completely ignored, the case is completely identical of the detentions of Victor Bout and Constantin Yaroshenko.

**CIA flight exposed**

As with all CIA rendition operations the devil is in the details, and although the CIA always attempts to keep their infrastructure secret there are always clues left behind that an alert investigator can use to cross the "T"s and dot the "I"s, the rendition of Mr. Seleznev being no exception.

Mr. Seleznev was supposed to have taken TransAero flight UN 510 departing from Male International Airport in the Maldives at 11:55 to Moscow's Vnukovo Airport but was never allowed to board that flight.

According to flight tracking information after his quick detention and questioning Mr. Seleznev was whisked away on a Bombardier Global 5000 aircraft owned by VISTA JET with flight number Vistajet 510. According to flight information the scheduled departure time was 11:00 local time but for some reason it was delayed and departed 19 minutes later. This delay was no

doubt due to the unpredictable nature of the rendition, though it shows that the CIA expected the procedure to take much less time. The time also coincides with the fact that Roman would have arrived on the airport earlier to register for the flight and although his hotel could not be reached I would assume that the CIA already knew in advance when Roman would arrive by taxi to the airport. Vista Jet flight VJT510 arrived in Guam at 02:33, four minutes ahead of schedule.

After arriving in Guam the aircraft then flew to Dalian, Liaoning in the People's Republic of China - a fact which may be unrelated but seems rather suspicious given the nature of the aircraft and the mission it had just been on. Perhaps the aircraft had legitimate clients on board, however Vista Jet refused to comment on any aspect of this story.

Under current difficult economic times when airlines continue to go belly up worldwide, Vista Jet seems to be an exception as it is flourishing, which is fully in line with the fact that the airline appears to be used by the CIA for operations such as rendition flights. Again Vista Jet refused to comment when I contacted their representatives. According to Vista Jet's site in November of 2012 Vista Jet placed the single largest transaction in the history of business aviation by placing an order for Bombadier Global Jets worth $7.8 billion dollars.

**Identity theft**

After reading the Grand Jury Indictment handed down against Roman Seleznev it becomes clear why a Secret Grand Jury was used to target him. The United States has no evidence and is basing their persecution on the fact that the name Roman Seleznev was used by the criminals they are seeking in what can only be described as identity theft. If the date on the indictment is correct, March 16 2011, then it is also suspicious why Roman was involved in a terrorist attack shortly thereafter. If we recall Roman was one of the victims of a terrorist attack in Marrakech, Morocco on April 28th 2011, a fact that may point to a failed CIA execution attempt and might be fuel for conspiracy theorists.

The indictment covers the targets of the alleged hackers and any investigator worth his salt would probably never file charges against an individual on such contradictory circumstantial evidence. Hence the reason the Grand Jury mechanism was used. The targets of the "hacker" include small local cafes and localized targets that no international "super hacker" would go after. I would suggest the investigators look into disgruntled local residents if they are really interested in finding the perpetrators of the crimes they allege. As Roman only has basic computer knowledge it is not possible that he is the person the US seeks.

In the US Grand Juries meet in secret, their evidence is kept hidden and their findings are not subject to oversight, hence it is the ideal tool for political prosecutions with a pre-determined outcome like those of Julian Assange and other information activists. In such cases evidence is almost impossible to gather, which also explains why Roman was being pressured and kept under conditions amounting to torture as US agents attempted to force him to confess that he is the Roman Seleznev they are looking for.

Rather than admitting they have made a mistake, free the illegally detained Seleznev and apologize for conducting yet another illegal rendition, the US Government will continue to make an abomination of international law and illegally detain yet another Russian citizen for a crime he did not commit. Here we can recall Victor Bout and Constantin Yaroshenko who are locked up in American prisons for "conspiracy to commit crimes" and not for actual crimes committed.

I hope that Roman will be freed soon as he has done nothing wrong, but as with all political prosecutions the US will be highly unlikely to admit they made a mistake. As for Vista Air, they may be just an innocent organization used by the CIA and not involved in anything nefarious, but nevertheless I would fly on Aeroflot or Transaero just to be on the safe side. Given the fact that Mr. Seleznev is a Russian citizen and was taken against his will illegally from the Maldives, one might take up the issue with Vista Air, their number is 44 207 0 605 700. For some reason

they did not want to talk to me.

The views and opinions expressed here are my own. I can be reached at robles@ruvr.ru. Please contact me if you have any information on this issue.

© 2014 RIA Novosti

# EXHIBIT 12

Dear readers, due to the merger of The Voice of Russia with RIA Novosti into the Rossiya Segodnya media holding, this website will no longer be updated. Our team is moving over to the RIA Novosti site, where you will still be able to read our news and opinion pieces and listen to Radio VR broadcasts. Please update your bookmarks and stay with us!



July 25, 2014   Moscow 05:33        English editions:  🔴 International 🇷🇺 US 🇬🇧 UK 🇮🇳 India Choose language   ⮑ Log in

radio
**THE VOICE OF RUSSIA**

▶  Listen Live            00:00   🔊

Home     Politics     World     Russia     Economy     Reality Check     Society     Radio     Video     Photo

VoR Interviews

Featured

Letters to the editor



- July 16-17: OSCE seeing up close death and damage in eastern Ukraine

- July 15-16: Moscow subway train derailment, I hope reason, standing up against war will prevail, and more

**The Power of Stage**



- Don Quixote - a joyous comedy ballet

- Spartacus - one of Bolshoi's signature works

**Eat me alive**

15 July, 06:20

🖨 📧

# Americans "arrested" Roman Seleznev without legal instruments - witness



© Collage: Voice of Russia

▶  0:00 / 0:00        🔊 ────

Download audio file

The United States, which has taken the role of the world's policeman, continues to ignore international law, procedural standards, diplomatic conventions and multi-lateral agreements. Roman Seleznev was literally kidnapped by the US from the Maldives on an internal

**Top news**

Aussie journalists to face jail time over spy leaks under new laws 20:22

Ukrainian troops encircled by Lugansk self-defense fighters in Izvaryno 19:42

Self-defense fighters downed two Ukrainian strike aircraft – Donetsk People's Republic 19:08

Russia's ice hockey team get keys to brand-new cars for winning world Championship 18:46

St Petersburg subway undergoes thorough inspection 18:46

Ukrainian army receives 2,000 bulletproof vests from US 16:46

Number of Ukrainian refugees in Russia's Rostov region increases to 34,000 16:36

99 days without Facebook? Do you dare? 16:21

Assad sworn in for third term as Syrian president 16:12

Death of Russian citizen in cross-border shelling not enough to call Kiev to account - Psaki 15:48

All news ➡



• Caught in dieting trap

• Anorexia - highest
mortality rate among
eating disorders

## South Stream struggle



• Analysts optimistic
about South Stream
future

• South Stream plan
faces tension between
Russia and the EU

## Spotlight on drones



• Commercial use of
drones – cons and
pros

• Drafting regulations to
control drone traffic is
essential

## Fukushima fallout



• Fukushima's great ice
wall

• Fukushima accident:
children in trouble

## Iran's nuclear trail



• Strategic cooperation
between Russia and
Iran

• Iran-US: bitter
enemies or willing
partners?

## Russia-China landmark gas deal

grand jury finding that even a judge in the Maldives did not feel was credible enough to grant the issuing of an arrest warrant. Radio VR spoke to a witness to the kidnapping to get a clearer picture of what actually happened.

*Hello, this is John Robles. I am speaking with a source at Male airport in the Maldives, who witnessed the detention of Roman Seleznev. The speaker's name has been kept anonymous for his own safety.*

**Robles:** Hello, sir, thank you for agreeing to speak with me in the middle of the night, I really appreciate it. You witnessed the detention of Mr. Seleznev, can you tell us what you saw?

**Source:** What I saw was while they were at the departure hall: there was one of my friends, who was accompanying the three of them, one was a man, there was a little daughter and there was a woman.

Clearly, there were two white guys who were having a conversation with him. The other guy, he did not resist anything. I was a bit far away, but I saw him being cuffed by the two Americans (as we later found out).

And I thought it was a normal Interpol operation which we often see in Male airport anyway, so we did not bother to check who he was, we did not bother to come near him, but after three days we realized it was not a normal arrest. It was the Americans and it was the Secret Service. I found it from the news that it was not Interpol.

Anyway, clearly, it was not local police who talked to him; it was the two white guys. I can remember one very clearly, one was wearing a green T-shirt and jeans type pants. He cuffed him.

Then we started watching the guy who was being cuffed, and he was very cool actually, very calm. What he did was he put his jacket or shirt on his wrist so that we couldn't see that he had been cuffed. He was cuffed from the departure hall and then he was walked by these two guys (two American guys), there were some local police behind him, but they were not engaging in anything, they were just behind him. And he was walked to the CIP lounge, which is the "Commercially Important People" lounge which is normally called the VIP lounge, and he was taken there in front of everybody!

There're other witnesses as well. It wasn't very secret; he was taken away in front of us. And the lady with the daughter went through the normal departure hall.

**Robles:** Why was he taken to the lounge and did the wife and the daughter protest or did they just go and get on the plane?

**Source:** They were talking, they were engaged in some conversation, but I didn't hear it.

Later I asked the guy who was the representative of Kanifushi, which is the resort he was based in, he told me, the two guys came and said: "You will come with us", or something like that. And there was no paper produced at the time of this arrest.

**Robles:** They didn't produce any papers, warrants…? Nothing?

**Source:** Nothing, just cuffed him; that is what we saw. And why he was taken to the VIP lounge; well, the process is if they are leaving by private jets; anybody can go through that lounge. It's a private lounge, so nobody could actually see what is going on when they go through there. I later talked to the guys who were


📷 Photo Gallery



**MS Costa Concordia to be transported to Italian port**

● ○ ○ ○ ○



NEWSWIRES IN ENGLISH
News from around the world,
Russia, CIS, Baltics

TRIAL SUBSCRIPTION



Moscow Kremlin in 3D

## Recommended



Post-Fukushima radiation levels near US shores continue to increase



Russia can switch to payments with India, China in national currencies crushing dollar sanction



CIA, FBI agents dying for illegal junta in Ukraine



Turchynov admits Ukraine's intelligence



• Gazprom enters world's fastest-growing gas market

• New "Power of Siberia" pipeline to connect China with Gazprom's line

#### Ukraine on edge of economic collapse



• Ukraine crisis takes toll on Russia-Ukraine trade relations

• Prospects for Ukraine's agriculture production increase

#### Russia Beyond the Headlines



Press Digest: Russia was 'politically unprepared' for Donetsk tragedy



Loss of Ukraine's military complex will cost Russia $938 million

handling the flight; the guy told me that he was calm, but the two guys literally threw him onto the flight.

**Robles:** They threw him onto the airplane?

**Source:** Yes. They were very nice on the inside, but at boarding time they literally pushed him into the plane.

**Robles:** They physically threw him, pushed him into the plane?

So, what you are telling me is: when people could see them, they were polite and normal, but when they though no one was watching, they were very violent.

**Source:** I can't say violent or anything like that, but the guy who handled the flight said it wasn't nice. He said he was pushed into the plane.

**Robles:** His wife Anna gave a press conference and said that while these guys were in the lounge with her husband, she heard them screaming at him, and he kept saying "No! No!"

**Source:** There was definitely a heated conversation. I mean he physically didn't resist, but he was saying something, I could see that. Like I said, we didn't go near there; we didn't bother to check that because it is a normal sight that people are being carried away in front of us here. These arrests.

**Robles:** That's normally Interpol or is it Americans who do that?

**Source:** They were one hundred per cent Americans. That's not… It was confirmed only three days later. I even Tweeted about it the day it happened but I wanted to disregard it because I thought it was just a normal case.

**Robles:** I'm sorry, what I was asking is it normal for Interpol to arrest people or is it normal for Americans to arrest people there?

**Source:** For Interpol. Because we are working in the airport, for us an arrest is just a normal thing. Sometimes people are drunk and they have to be arrested. But in this case, it was definitely not locals, it was Americans, I mean too white guys, it was not locals.

**Robles:** Ok, because the news reports out of the Maldives… The Maldive authorities said that it was locals.

**Source:** That's not locals, that's not true. If you go through my Twitter timeline on that day you can see exactly.

**Robles:** Everyone who has been there has said the same thing. Does Interpol normally use local police?

**Source:** There are some cases that I know of which happened in 2011. Even then the president was involved in a case, but he didn't want to handle just like that, without any warrant or without any court case. But this time it is different, this time they just came, cuffed, took him.

**Robles:** As far as I know, in the Maldives the law is that if someone is going to be extradited they have to go through a court, right? Then they have to have a finding and after that they have to have an extradition order, right?

**Source:** Right! Yes! Through the news I read that they tried for the court order but the judge refused.

**Robles:** For Mr.Seleznev the judge refused an order?

**Source:** The judge refused to give an arrest warrant to police.

constantly lied about Russian plans

## Authors



Sarah Neary
After Soma mine tragedy Turkey may need China's advice

Andrew Korybko
Brzezinski endorses arming Ukrainian junta, to no avail

John Robles
Moscow's reaction to elections in Ukraine in interest of peace

Follow @VoiceofRussia    20.8

Find us on Facebook

The Voice of Russia
Like

291,382 people like The Voice of Russia.



**Robles:** What did you hear? What was the reason?

**Source:** There was no reason, I have the article which is in local. They changed some parts yesterday, but I have a copy which I have saved locally, in which it is said he was arrested on the advice given by the Attorney General that when they put the exit stamp on his passport, they can arrest him.

Even though he is in the Maldives, if his passport is stamped "exit", they could arrest him.

**Robles:** Did they stamp his passport?

**Source:** I don't think they did in the departure hall when they were there. They could have done that in the lounge.

**Robles:** I see. Or they could have done it later.

**Source:** They could have done that, but everybody knows it is a stupid reason for an arrest.

**Robles:** This is also very important. You have just mentioned that they changed the story.

**Source:** They changed the story and they have a local version on their site. I have the original and it states that they arrested him on the advice by the Attorney General. If they put this exit stamp on his passport they could arrest him.

**Robles:** In the new story that is not there?

**Source:** That part has been cut out. Nobody gave an explanation why.

**Robles:** I see. Very interesting. Do you know anything about this airline?

**Source:** The company that handled the aircraft, I think, was SkyTours from here, locally. Normally they are the handling agents for jets.

**Robles:** Did you see this aircraft? Again the company is called "VistaJet"!

**Source:** "Vistajet" could be the parent company, but the local handling party was not Vista anything. It was SkyTours.

**Robles:** Did you see any other Americans or did you only see two? Did you see any people with bulletproof vests?

**Source:** No, nothing. They were in normal casual clothes because the Maldives is a very peaceful place and I don't think anybody would need bulletproofs and all sorts of weapons in the airport. It's really very calm.

**Robles:** What else have you heard that would be interesting for our listeners?

**Source:** The interesting part would be the part that I've told you: this arrest was done on an advice by The Attorney General and because the judge refused to issue a warrant.

And now the American counterpart is saying that the Maldives arrested him and for the past two or three days we can see from official US statements that Interpol was not mentioned, it was clearly mentioned "Secret Service", but all of a sudden day before yesterday we saw it was on Interpol's Notice.

**Robles:** What do you mean it was on Interpol's notice?

**Source:** They said he was on Interpol's watch list, but in none of the official statements from the US could we see any Interpol mentioned – it was clearly said Secret Service.

**Robles:** So, one: there was no Interpol, it was the US Secret Service; originally there was advice from the Attorney General, that was taken out of the news, right? And originally there were stories that the judge refused to issue a warrant. To whom? To the Americans or to the police?

**Source:** To the police, but I'm not sure. Anyway, if there was any operation, it would be the police, but the judge refused.

**Robles:** Let me make sure I have this correct: the Americans wanted to arrest Mr. Seleznev and therefore, asked the judge for a warrant, or the police asked the judge for a warrant. But the judge refused to issue the warrant against Mr. Seleznev. Then, on the advice of the attorney general the Americans kidnapped Mr. Seleznev as long as he had an exit stamp in his passport: it was ok to do that?

**Source:** Yes, that is what we learnt from the news. That part has been cut out.

**Robles:** Is there anything else you can tell us?

**Source:** It's basically it, because it didn't take much time. It took maximum five minutes from the departure hall to the VIP longue.

**Robles:** Were his wife and his daughter detained or harrassed or pushed around in any way?

**Source:** No, nothing of that sort. They immediately separated his family and took him away with them after handcuffing him.

**Robles:** So, he didn't have a chance to say goodbye to his wife or talk to her?

**Source:** After they cuffed him, we got out of the departure hall. Then again we saw him been walked in front of us to the arrival hall.

**Robles:** Is it normal when they arrest people to take them to this CIP "VIP" lounge?

**Source:** No, it's not normal. They would be taken out from some other entrance.

**Robles:** So, it was very unusual that he was taken through the VIP lounge.

**Source:** Yes, we were talking about it because there were so many people in the arrival hall, and they saw that he was cuffed and was being walked from the departure hall through the arrival to the VIP-lounge. When we started watching him, he put his jacket or coat on his wrist.

**Robles:** He did it himself?

**Source:** Yes.

**Robles:** What do you mean "he was walked"? Was he forced?

**Source:** He was, obviously, cuffed, the other two on both sides.

**Robles:** Did they have guns?

**Source:** Not visibly.

**Robles:** Is it possible, that they were pointing a gun at him?

**Source:** No.

**Robles:** Okay. Thank you, I really appreciate this.

This is John Robles, I am speaking with an anonymous source at Male airport in the Maldives, who witnessed the detention of Roman Seleznev. The speaker's name has been kept anonymous for his own safety.

John Robles

Russia, World, US, extradition, arrest, Maldives, scandal, VoR Interviews

Share:  Discuss on forum    f Recommend  ‹ 96    ▾ Tweet  ‹ 59
8+1  ‹ 2    reddit this!    ✚

Comments

Submit    and share via    ☐ Facebook   ☐ Twitter

---

## See also



**Russian citizen arrested on Maldives, sent to Guam with no US agents' involvement - Maldives President**

10 July, 17:54  🗨 1

**US worried about Razvozzhaev's case**

25 October 2012, 13:33

**Dutch court granted the requests for extradition of Russian hacker**

19 April, 06:00



**We're still waiting for extradition papers - Ustinov's lawyer**

30 May 2013, 15:01



**Bout's lawyer offers documents to prove illegality of extradition**

24 November 2010, 10:02



**Russia Today host arrested for flash mob in Washington**

1 June 2011, 14:46



**Germany seeks extradition of former**



**Russian gas, NWO and US energy mafia**

E-mail: world@ruvr.ru

radio
THE VOICE OF RUSSIA

© 2005—2014 The Voice of Russia

All rights reserved.
The use of any material or its part from this website and quoting in mass media requires appropriate credit and a link to the web page where the information was taken from. Contact: world@ruvr.ru

WRN Real Audio
Search
Archive
About us
Our partners
Contact us

News
Politics
International
Russia
Photo
Video
Radio



