ALICIA A.G. LIMTIACO
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 14-00056 |
|---|---|
| Plaintiff, | |
| vs. | |
| ROMAN SELEZNEV,<br>  aka TRACK2,<br>  aka ROMAN IVANOV,<br>  aka RUBEN SAMVELICH,<br>  aka nCuX,<br>  aka Bulba,<br>  aka bandysli64,<br>  aka smaus,<br>  aka Zagreb,<br>  aka shmak, | **UNITED STATES' MOTION FOR COUNSEL TO ATTEND RULE 5 HEARING VIA VIDEO TELECONFERENCE** |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby requests that Assistant U.S. Attorney Michael Morgan from the Western District of Washington be allowed to participate by video teleconference for the Rule 5 identity hearing and any other hearing that may be scheduled in the above-entitled case. AUSA Michael Morgan is

//

1

1  located in Seattle, Washington, and will be available at the following number: (206) 588-9549.

2  If there are any problems, please call IT specialist Frank Ohira at (206) 553-2244.

3  RESPECTFULLY SUBMITTED this __25th__ day of July, 2014.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and NMI

By:  /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney